**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>PRIME CAPITAL VENTURES, LLC,<br><br>Debtor. | Chapter 11<br><br>Case Number: 24-11029-1-pgr |
| FRED STEVENS, as Plan Administrator, and as assignee of third-party claims by creditor victims of Prime Capital Ventures, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>RBC CAPITAL MARKETS, LLC and ROYAL BANK OF CANADA,<br><br>Defendants. | Adversary Number: 26-90060-1-pgr<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR AND HEARING ON MOTION TO DISMISS** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff Fred Stevens ("***Plaintiff***") and Defendants RBC Capital Markets, LLC and Royal Bank of Canada ("***Defendants***") in the above-captioned matter, that the hearing on Defendants' motion to dismiss the complaint [Adv. Dkt. No. 12] (the "***Motion to Dismiss***") shall

be postponed until February 11, 2027, at 10:30 a.m. (Eastern), at the United States Bankruptcy Court, James T. Foley United States Courthouse, Suite 306, 445 Broadway, Albany, New York, or as soon thereafter as counsel may be heard;

**IT IS HEREBY STIPULATED AND AGREED**, that Plaintiff's deadline to oppose the Motion to Dismiss shall be January 14, 2027;

**IT IS HEREBY STIPULATED AND AGREED**, that Defendants' deadline to file a reply in support of the Motion to Dismiss shall be February 4, 2027; and

**IT IS FURTHER STIPULATED AND AGREED**, that a facsimile, electronic copy, or PDF of this Stipulation may be filed with the Court in lieu of an original.

Dated: November 18, 2026

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: *_/s/ Fred Stevens_*
Fred Stevens
286 Madison Avenue, 11th Floor
New York, New York 10017
Tel: (212) 972-3000
Email: fstevens@klestadt.com

*Attorneys for Plaintiff*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: *_/s/ David Litterine-Kaufman_*
David Litterine-Kaufman
Harry F. Murphy
Alexandra M. Zablocki
51 West 52nd Street
New York, NY 10019
Tel: (212) 506-5000
Email: dlitterinekaufman@orrick.com
hmurphy@orrick.com
azablocki@orrick.com

*Attorneys for Defendants*

####